2

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Margarita Gutierrez

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

-o0o-

| | |
|---|---|
| IN THE MATTER OF<br><br>Gutierrez, Margarita<br>SS#xxx-xx-8599<br><br>Debtor / | CASE NO. 14-28986-D-13G<br>DOCKET CONTROL #:PGM-4<br>DATE: April 11, 2017<br>TIME: 10:00 a.m.<br>DEPT#: D, Courtroom 34<br>Honorable Judge Robert S. Bardwil |

**MOTION TO SELL REAL PROPERTY**

Comes now, Debtor, who by and through her attorney of record request permission to sell her real property. The property to be sold is Debtor's real property commonly known as 6488 East Kettleman Lane, Lodi, CA 95240-9337.

Debtor offers the following facts in support of this request:

1. The instant case was filed on September 5, 2014.

2. The Debtor has been in the Chapter 13 for 29 months.

3. The sale is to a bonafide buyer who is not a party in interest.

4. The property has a pending offer for $352,000.00.

5. Debtor wishes to sell the above mentioned property. Sale of this property will reduce the Debtor’s liability.

6. The Debtor will not receive any proceeds for the sale, however, the sale does provide for $15,000.00 in relocation fees to be paid to the Debtor.

7. The Debtor proposes to pay off the bankruptcy Plan by providing for a Trustee demand through escrow, to be deducted from the relocation fees she would receive.

8. The Plan was confirmed at 100% to general unsecured creditors, of which there remains a balance due of approximately $2,000.00.

9. The Trustee must approve of the title company to be used in connection with the sale.

Respectfully submitted;

Date: March 20, 2017

/s/ Peter G. Macaluso
Peter G. Macaluso, Attorney at Law